UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN SPILT and
TIFFANY SPILT,

          NO. CIV. S-12-0536 LKK/CMK

    Plaintiffs,

   v.

          O R D E R

UNITED STATES OF AMERICA
and JEFFREY JOHN ALVERNAZ,

    Defendants.
_____/

    A status conference was held in chambers on May 14, 2012. After hearing, the court orders as follows:

    1.    A further status conference is set for July 30, 2012 at 2:30 p.m.  The parties shall file updated status reports no later than 14 days prior to the status conference.

    2.    Plaintiffs to give notice of the new status conference date to new defendants at the time of their service.

    IT IS SO ORDERED.

    DATED: May 16, 2012.

                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT