UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN SPILT and
TIFFANY SPILT,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA
and JEFFREY JOHN ALVERNAZ,

        Defendants.
_____/

NO. CIV. S-12-0536 LKK/CMK

O R D E R

    A status conference was held in chambers on May 14, 2012. After hearing, the court orders as follows:

    1.    A further status conference is set for July 30, 2012 at 2:30 p.m. The parties shall file updated status reports no later than 14 days prior to the status conference.

    2.    Plaintiffs to give notice of the new status conference date to new defendants at the time of their service.

    IT IS SO ORDERED.

    DATED: May 16, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1