UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RYAN SPILT and
TIFFANY SPILT,
                                      NO. CIV. S-12-0536 LKK/CMK
         Plaintiffs,

    v.
                                      O R D E R
UNITED STATES OF AMERICA
and JEFFREY JOHN ALVERNAZ,

         Defendants.
                                    /
```

Having reviewed and considered the parties' Stipulation to File First Amended Complaint, ECF No. 21, and good cause appearing therefore, the court hereby ORDERS as follows:

1. Plaintiffs are granted leave to file their First Amended Complaint forthwith.

2. Plaintiffs may serve the First Amended Complaint upon defendant United States of America via first-class U.S. mail. This order does not relieve plaintiffs of their responsibility to electronically file the First Amended Complaint pursuant to the Local Rules of Practice for the United States District Court,

1

Eastern District of California.

3. Defendant United States of America shall have thirty (30) days from the date on which plaintiffs mail the First Amended Complaint to file a responsive pleading thereto.

4. The Scheduling Conference, currently set for October 9, 2012, is hereby CONTINUED TO December 17, 2012 at 02:30 PM in Courtroom 4 (LKK) before Judge Lawrence K. Karlton. The parties shall file updated status reports no later than 14 days prior to the status conference. Plaintiffs are to give notice of the new status conference date to new defendants at the time of their service.

IT IS SO ORDERED.

September 19, 2012.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2