1  JOHN DOUGLAS BARR.................California State Bar No. 40663
   TROY DOUGLAS MUDFORD.......California State Bar No. 156392
2  DAVID LEE CASE ..........................California State Bar No. 56701
   ESTEE LEWIS................................ California State Bar No. 268358
3  **BARR & MUDFORD, LLP**
4  1824 Court Street/Post Office Box 994390
   Redding, California   96099-4390
5  Telephone:  (530) 243-8008
   Fax:  (530) 243-1648
6
7  Attorneys for Plaintiffs RYAN SPILT and TIFFANY SPILT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN SPILT; and TIFFANY SPILT, | No. 2:12-CV-00536-LKK-CMK |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA; DIAMOND HOLDINGS, INC.; DIAMOND PARTICIPATIONS, INC.; DIAMOND GROUP, INC.; DIAMOND INTERNATIONAL CORPORATION; DIAMOND INTERNATIONAL, INC.; DIAMOND (USA), INC.; DIAMOND NATIONAL CORPORATION; DIAMOND FIBER PRODUCTS DIVISION; RED BLUFF INTEGRATED FOREST PRODUCTS CENTER; PACKAGING CORPORATION OF AMERICA; and JEFFREY JOHN ALVERNAZ; | **STIPULATION FOR DISMISSAL OF DEFENDANT DIAMOND INTERNATIONAL, INC. ONLY; ORDER THEREON** |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1 of 2

**Stipulation for Dismissal of Defendant Diamond International Inc. Only; Order Thereon**

Plaintiffs, by and through their counsel of record, voluntarily dismisses their complaint, *without prejudice*, against defendant **DIAMOND INTERNATIONAL, INC.,** only**,** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:  October 29, 2012                         BARR & MUDFORD, LLP


                                             /s/   Troy Douglas Mudford_____
                                            TROY DOUGLAS MUDFORD
                                            Attorneys for Plaintiffs,
                                            RYAN SPILT and TIFFANY SPILT


IT IS SO ORDERED.


DATED:  October 30, 2012


                                            _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2 of 2
**Stipulation for Dismissal of Defendant Diamond International Inc. Only; Order Thereon**