UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN SPILT and
TIFFANY SPILT,

        NO. CIV. S-12-0536 LKK/CMK

    Plaintiffs,

  v.

        O R D E R

UNITED STATES OF AMERICA
and JEFFREY JOHN ALVERNAZ,

    Defendants.

    A status conference was held in chambers on February 11, 2013. After hearing, the court orders as follows:

    1. A further status conference is set for April 29, 2013 at 2:30 p.m. The parties shall file updated status reports no later than 14 days prior to the status conference.

    IT IS SO ORDERED.

    DATED: February 12, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1