**JOHN DOUGLAS BARR**.................California State Bar No. 40663
**TROY DOUGLAS MUDFORD**.......California State Bar No. 156392
**DAVID LEE CASE** ..........................California State Bar No. 56701
**ESTEE LEWIS**................................California State Bar No. 268358
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Fax:  (530) 243-1648

Attorneys for Plaintiffs RYAN SPILT and TIFFANY SPILT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SPILT; and TIFFANY SPILT,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA; DIAMOND HOLDINGS, INC.; DIAMOND PARTICIPATIONS, INC.; DIAMOND GROUP, INC.; DIAMOND INTERNATIONAL CORPORATION; DIAMOND INTERNATIONAL, INC.; DIAMOND (USA), INC.; DIAMOND NATIONAL CORPORATION; DIAMOND FIBER PRODUCTS DIVISION; RED BLUFF INTEGRATED FOREST PRODUCTS CENTER; PACKAGING CORPORATION OF AMERICA; and JEFFREY JOHN ALVERNAZ;<br><br>　　　　Defendants. | No. 2:12-CV-00536-TLN-CMK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF FROM MAY 30, 2014 TO JULY 31, 2014.** |

The parties, by and through their undersigned attorneys, hereby agree and stipulate that the discovery cut-off set for May 30, 2014 be extended until July 31, 2014.

The Request for Discovery Cutoff Extension is necessary as confusion exists as to the exact location of the subject pipe at issue in this case. The parties have set up a site inspection for May 12, 2014 at 9:30 AM to travel via boat to the portion of the Sacramento River where the boating accident occurred pursuant to plaintiffs' Demand for Inspection of Property (Waterway) and Subject I-Beam. An extension of discovery will allow the parties time to propound additional discovery and responses, if needed, once the site inspection has occurred.

Dated:  April 5, 2014                    BARR & MUDFORD, LLP


                                          /s/   Troy Douglas Mudford
                                         TROY DOUGLAS MUDFORD
                                         Attorneys for Plaintiffs,
                                         RYAN SPILT and TIFFANY SPILT


Dated:  April 5, 2014                    NEWMAN & BROOMAND, LLP


                                          /s/   I. Hooshie Broomand
                                         I. HOOSHIE BROOMAND
                                         Attorney for Defendant
                                         Pactiv, LLC


Dated:  April 5, 2014                    STUART DELERY
                                         Principal Deputy Assistant Attorney General
                                         BENJAMIN B. WAGNER
                                         United States Attorney
                                         J. EARLENE GORDON
                                         Chief, Civil Division
                                         R. MICHAEL UNDERHILL
                                         Attorney in Charge, West Coast Office
                                         Torts Branch, Civil Division

**Stipulation and Order for Extension of  Discovery Cut-Off and Order Thereon**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

**IT IS SO ORDERED.**

Dated: April 24, 2014

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order for Extension of Discovery Cut-Off and Order Thereon**