1   **JOHN DOUGLAS BARR**.................California State Bar No. 40663
    **TROY DOUGLAS MUDFORD**.......California State Bar No. 156392
2   **DAVID LEE CASE** ...........................California State Bar No. 56701
    **ESTEE LEWIS**.................................California State Bar No. 268358
3   **BARR & MUDFORD, LLP**
4   1824 Court Street/Post Office Box 994390
    Redding, California  96099-4390
5   Telephone:  (530) 243-8008   Fax:  (530) 243-1648

6   Attorneys for Plaintiffs, RYAN SPILT and TIFFANY SPILT

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  RYAN SPILT; and                          **No. 2:12-CV-00536-TLN-CMK**
12  TIFFANY SPILT,
                                             **STIPULATION TO EXTEND**
13          Plaintiffs,                      **DISCLOSURE OF EXPERTS FROM**
                                             **JULY 30, 2014 TO SEPTEMBER 30,**
14          vs.                              **2014; ORDER THEREON**
15  UNITED STATES OF AMERICA;
16  DIAMOND HOLDINGS, INC.;
    DIAMOND PARTICIPATIONS, INC.;
17  DIAMOND GROUP, INC.;
    DIAMOND INTERNATIONAL
18  CORPORATION;
    DIAMOND INTERNATIONAL, INC.;
19  DIAMOND (USA), INC.;
    DIAMOND NATIONAL
20  CORPORATION;
    DIAMOND FIBER PRODUCTS
21  DIVISION;
    RED BLUFF INTEGRATED FOREST
22  PRODUCTS CENTER;
    PACKAGING CORPORATION OF
23  AMERICA; and
    JEFFREY JOHN ALVERNAZ;
24
25          Defendants.
26

27          The parties, by and through their undersigned attorneys, hereby agree and stipulate that

28  the disclosure of experts deadline set for July 30, 2014 be extended until September 30, 2014.

**BARR & MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

**Stipulation for Extension of Expert Disclosure Deadline and Order Thereon**

This request is necessary as it was recently discovered that the subject pipe has recently been removed from the subject location.  The plaintiffs have sent further written discovery and have set depositions commencing on July 30, 2014, to address this issue. An extension of the expert disclosure deadline will allow the parties time to resolve this recent development, and determine the need for experts in this case.

Dated:  July 9, 2014     BARR & MUDFORD, LLP


          /s/  Troy Douglas Mudford
          TROY DOUGLAS MUDFORD
          Attorneys for Plaintiffs,
          RYAN SPILT and TIFFANY SPILT


Dated:  July 9, 2014     NEWMAN & BROOMAND, LLP


          /s/  I. Hooshie Broomand
          I. HOOSHIE BROOMAND
          Attorney for Defendant,
          PACTIV, LLC


Dated:  July 9, 2014     STUART DELERY
          Principal Deputy Assistant Attorney General
          BENJAMIN B. WAGNER
          United States Attorney
          J. EARLENE GORDON
          Chief, Civil Division
          R. MICHAEL UNDERHILL
          Attorney in Charge, West Coast Office
          Torts Branch, Civil Division


          /s/  Eric Kaufman-Cohen
          ERIC KAUFMAN-COHEN
          Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          Attorneys for Defendant,
          UNITED STATES OF AMERICA

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Stipulation for Extension of Expert Disclosure Deadline and Order Thereon

1    **IT IS SO ORDERED.**

2

3    Dated: July 14, 2014

4

5

6

7    Troy L. Nunley
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Stipulation for Extension of Expert Disclosure Deadline and Order Thereon