1  JOHN DOUGLAS BARR................. California State Bar No. 40663
   TROY DOUGLAS MUDFORD....... California State Bar No. 156392
2  DAVID LEE CASE ........................... California State Bar No. 56701
   ESTEE LEWIS..................................California State Bar No. 268358
3  CATHLEEN THERESA BARR ....... California State Bar No. 295538

4  **BARR & MUDFORD, LLP**
   1824 Court Street/Post Office Box 994390
5  Redding, California   96099-4390
   Telephone:  (530) 243-8008
6  Fax:  (530) 243-1648

7  Attorneys for Plaintiffs RYAN SPILT and TIFFANY SPILT

8

9

10                        UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12

13
   RYAN SPILT; and                              No. 2:12-CV-00536-TLN-CMK
14 TIFFANY SPILT,
                                                STIPULATION AND ORDER TO
15          Plaintiffs,                         REOPEN AND EXTEND DISCOVERY
                                                CUTOFF AND EXPERT DISCLOSURES
16          vs.

17
   UNITED STATES OF AMERICA;
18 DIAMOND HOLDINGS, INC.;
   DIAMOND PARTICIPATIONS, INC.;
19 DIAMOND GROUP, INC.;
   DIAMOND INTERNATIONAL
20 CORPORATION;
   DIAMOND INTERNATIONAL, INC.;
21 DIAMOND (USA), INC.;
   DIAMOND NATIONAL
22 CORPORATION;
   DIAMOND FIBER PRODUCTS
23 DIVISION;
   RED BLUFF INTEGRATED FOREST
24 PRODUCTS CENTER;
   PACKAGING CORPORATION OF
25 AMERICA; and
   JEFFREY JOHN ALVERNAZ;
26
27
           Defendants.
28

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

The parties, by and through their undersigned attorneys, hereby agree and stipulate that the discovery should be reopened and the cut-off be extended until November 28, 2014 and expert disclosures should be extended until December 31, 2014.

The extension of discovery and expert disclosures are necessary due to newly discovered information that the subject pipe has been removed within the last year.  This information was discovered during the site inspection that occurred on May 12, 2014.

The parties originally set the depositions of Doug Byrd, Pactiv PMK and the USA PMK on July 30, 2014 to discuss the recent maintenance and previous maintenance of the pipe, removal of the pipe, identity of the person who removed the pipe, and the permits and procedures needed to remove the pipe. However, the depositions had to be continued because Mr. Kaufman-Cohen was scheduled to be on vacation.

Additionally, plaintiffs are determining whether defendant USA should be dismissed via dismissal or Motion for Summary Judgment, which would result in the case being remanded back to the State Court.

Dated:  August 27, 2014                    BARR & MUDFORD, LLP


                                           /s/   Troy Douglas Mudford
                                           TROY DOUGLAS MUDFORD
                                           Attorneys for Plaintiffs,
                                           RYAN SPILT and TIFFANY SPILT


Dated:  August 27, 2014                    NEWMAN & BROOMAND, LLP


                                           /s/  I. Hooshie Broomand
                                           I. HOOSHIE BROOMAND
                                           Attorney for Defendant
                                           Pactiv, LLC

**Stipulation and Order for Extension of  Discovery Cut-Off and Order Thereon**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

1    Dated:  August 27, 2014                STUART DELERY
                                            Principal Deputy Assistant Attorney General
2                                           BENJAMIN B. WAGNER
                                            United States Attorney
3                                           J. EARLENE GORDON
                                            Chief, Civil Division
4                                           R. MICHAEL UNDERHILL
                                            Attorney in Charge, West Coast Office
5                                           Torts Branch, Civil Division

6

7                                           /s/  Eric Kaufman-Cohen
                                            _____
8                                           ERIC KAUFMAN-COHEN
                                            Trial Attorney
9                                           Torts Branch, Civil Division
                                            U.S. Department of Justice
10

11                                          Attorneys for Defendant
                                            United States of America
12

13

14          **IT IS SO ORDERED.**

15

16   Dated: September 5, 2014

17

18

19

20          Troy L. Nunley
            United States District Judge

21

22

23

24

25

26

27

28

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 3 of 3

**Stipulation and Order for Extension of  Discovery Cut-Off and Order Thereon**