JOHN DOUGLAS BARR.................California State Bar No. 40663
TROY DOUGLAS MUDFORD.......California State Bar No. 156392
DAVID LEE CASE ..........................California State Bar No. 56701
ESTEE LEWIS................................California State Bar No. 268358
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008   Fax:  (530) 243-1648

Attorneys for Plaintiffs, RYAN SPILT and TIFFANY SPILT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SPILT; and TIFFANY SPILT,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DIAMOND HOLDINGS, INC.; DIAMOND PARTICIPATIONS, INC.; DIAMOND GROUP, INC.; DIAMOND INTERNATIONAL CORPORATION; DIAMOND INTERNATIONAL, INC.; DIAMOND (USA), INC.; DIAMOND NATIONAL CORPORATION; DIAMOND FIBER PRODUCTS DIVISION; RED BLUFF INTEGRATED FOREST PRODUCTS CENTER; PACKAGING CORPORATION OF AMERICA; and JEFFREY JOHN ALVERNAZ;<br><br>  Defendants. | No. 2:12-CV-00536-TLN-CMK<br><br>**STIPULATION AND ORDER TO EXTEND DISCLOSURE OF EXPERTS FROM DECEMBER 31, 2014 TO JANUARY 30, 2015; ORDER THEREON** |

The parties, by and through their undersigned attorneys, hereby agree and stipulate that the disclosure of experts deadline set for December 31, 2014 be extended until January 30, 2015.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1 of 2
**Stipulation and Order for Extension of Expert Disclosure Deadline to 1/30/15; and Order Thereon**

This request is necessary as the parties have scheduled a mediation for January 13, 2015, in this matter. An extension of the expert disclosure deadline will allow the parties time to participate in the mediation in an effort to resolve the case.

Dated:  December 3, 2014                BARR & MUDFORD, LLP

        /s/   Troy Douglas Mudford
TROY DOUGLAS MUDFORD
Attorneys for Plaintiffs,
RYAN SPILT and TIFFANY SPILT

Dated: December 3, 2014                NEWMAN & BROOMAND, LLP

        /s/   I. Hooshie Broomand
I. HOOSHIE BROOMAND
Attorney for Defendant,
PACTIV, LLC

Dated: December 3, 2014                STUART DELERY
Principal Deputy Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Chief, Civil Division
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

        /s/  Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Attorneys for Defendant,
UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

Dated:  December 11, 2014

Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2 of 2

**Stipulation and Order for Extension of Expert Disclosure Deadline to 1/30/15; and Order Thereon**